IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RAFTER W INDUSTRIES, LLC                                                            PLAINTIFF

v.                              Case No. 6:19-cv-6020

BRP US, INC. and
MTA DISTRIBUTING, LLC                                           DEFENDANTS

## ORDER

Before the Court is the Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1) filed by Plaintiff Rafter W Industries, LLC and Separate Defendant MTA Distributing, LLC. (ECF No. 9). The Court finds that no response is necessary and that the matter is ripe for consideration.

On July 1, 2019, Separate Defendant MTA Distributing, LLC filed the instant stipulation, stating that it and Plaintiff have resolved all disputes between them. The stipulation further states that Plaintiff's claims against Separate Defendant MTA Distributing, LLC may be dismissed with prejudice.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, Plaintiff's claims against Separate Defendant MTA Distributing, LLC were effectively dismissed when the parties filed the instant stipulation. However, for purposes of maintaining the Court's docket, the Court nonetheless issues this order.

The instant stipulation is signed by Plaintiff and Separate Defendant MTA Distributing, LLC. Accordingly, all of Plaintiff's claims against Separate Defendant MTA Distributing, LLC are hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement

be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that the settlement has not been completed and further litigation is necessary. Plaintiff's claims against Separate Defendant BRP US, Inc. remain for further resolution.

**IT IS SO ORDERED**, this 2nd day of July, 2019.

                                                      /s/ Susan O. Hickey
                                                     Susan O. Hickey
                                                     Chief United States District Judge